UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

UNITED STATES OF AMERICA,

-against-

VINCENTE FRANCO,

Defendant.

------------------------------------------------------------- x

Sentencing Date:
October 6, 2005 at 10:00 a.m.

04-CR-1093 (JBW)

## CONSENT TO HAVE A PLEA TAKEN BEFORE A UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have the plea taken before a Magistrate Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before a Magistrate Judge.

_____
Defendant

_____
U.S. Attorney by AUSA

_____
Defendant's Attorney

Dated: 7/16/05
Brooklyn, New York 11201

BEFORE: _____
Kiyo A. Matsumoto
United States Magistrate Judge